LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
P.O. BOX 111062
Anchorage, AK 99511
Phone: (907) 250-3488
Email:

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

REBECCA L. BOSEK and MATTHEW H
VIERGUTZ,

      Plaintiffs,

v.

AETNA LIFE INSURANCE COMPANY,

      Defendant.

Case No. 3AN-15-      Civil

## COMPLAINT FOR DECLARATORY RELIEF; BAD FAITH;AND MONEY DAMAGES

COME NOW the Plaintiffs, Rebecca L. Bosek and Matthew H. Viergutz (hereinafter "Plaintiffs"), by and through their attorney of record, The Law Office of Herbert A. Viergutz, P.C., and for their cause of action against Defendant, Aetna Life Insurance Company (hereinafter "Defendant" or, alternatively "Aetna") allege as follows:

I.

Plaintiffs are residents of the State of Alaska and have been for more than one year preceding the filing of this Complaint, and are qualified in all respects to maintain this action.

II.

Upon information and belief, Defendant is a foreign corporation authorized to transact business in the State of Alaska.

III.

Plaintiff, Rebecca L. Bosek (hereinafter "Bosek"), was employed by the Psychology

1

EXHIBIT A
Page 1 of 41

Case 3:15-cv-00229-JWS   Document 1-1   Filed 11/23/15   Page 1 of 41

1 Department at the University of Alaska (hereinafter "UAA") at all relevant times herein and

2 was either a term professor, or an adjunct professor. For many years prior to her retirement

3 from UAA on July 1, 2015, Bosek received health insurance benefits from Premera Blue

4 Cross Blue Shield of Alaska, ID 100241564, group no. 1000033, (hereinafter "Premera") the

5 carrier for UAA employees. At all such relevant times, Plaintiff, Matthew H. Viergutz

6 (hereinafter "Viergutz") was a covered participant under said Plan. For at least 6 years prior

7 to July 1, 2015, and while covered as an insured under said Plan, Viergutz was prescribed

8 the medication "vyvanse", by his Psychiatrist in Anchorage, Alaska, Dr. Royal Kiehl

9 (hereinafter "Dr. Kiehl"), during times Viergutz was physically present in the State of Alaska,

10 or by his Psychiatrist in Flagstaff, Arizona, Dr. Harold Figueroa (hereinafter " Dr.Figueroa"),

11 during such periods of time that Matthew was attending Northern Arizona University

12 (hereinafter "NAU"), where Viergutz is presently a senior scheduled to graduate Spring

13 semester, 2016. On July 1, 2015, Bosek retired from UAA, at which time her UAA carrier, as

14 well as that of Viergutrz, changed to Aetna, ID W2189 41942, group no. 866219-30-002

15     While insured under the Blue Cross Plan referenced above, Viergutz was prescribed

16 no less than 2 vyvanse pills per day by Dr. Kiehl and Dr. Figueroa, and at times as many as

17 three pills per day, due to the severity of his condition (Viergutz is serviced by Disability

18 Resources at NAU based on his medical condition pursuant to his Psychiatrist's supportive

19 input). Blue Cross covered the vyvanse prescription during the entire policy term, through

20 June 30, 2015, at which point he was taking the prescribed 2 pill per day vyvanse dosage,

21 absent any dispute whatsoever. Viergutz's June, 2015 prescription (written by Dr. Kiehl as a

22 result of Matthew's summer school vacation from NAU) likewise was covered absent dispute.

23                                              IV.

24     On Thursday, July 16, 2015, Viergutz picked up his written vyvanse prescription (a

25                                            2

1  requirement for said medication), and took it physically into the local Fred Meyer pharmacy

2  (also a requirement for said medication) to be filled. It was after 5:00pm when Viergutz

3  returned to the pharmacy and was advised that his prescription could not be filled due to

4  Aetna's position. Due to the lateness of the hour, Viergutz was not able to contact Aetna until

5  8:00am the following morning, at which point he was advised by Aetna that they would only

6  cover one pill per day, contrary to the requirement of Dr. Kiehl's prescription for 2 pills per

7  day. Time was of the essence, as Viergutz was leaving for bush Alaska that day, to participate

8  in his Practicum through the Parks and Recreation Department at NAU. Viergutz contacted

9  Aetna on Friday, July 17, 2015, at which time Aetna informed Viergutz that he needed to call

10  the prescribing physician in order for the Doctor to contact Aetna and pre-authorize 2 pills per

11  day. Dr. Kiehl was adamant that Viergutz required 2 pills per day, and so advised Aetna (the

12  identical prescription amount Viergutz had been taking for the past 4 years). Dr. Kiehl's office

13  informed Viergutz that Doctor Kiehl disagreed with Aetna's position that Viergutz should

14  take only 1 pill per day. Doctor Kiehl's office also informed Viergutz that Aetna was "less

15  than helpful" advising them that they would review it "when they had time" despite Aetna

16  having full knowledge (based upon Viergutz contact with the Aetna representative earlier that

17  morning, as well as Dr. Kiehl's office also advising Aetna that Viergutz was leaving for bush

18  Alaska that day and needed his prescription filled. Viergutz once again contacted Aetna on

19  July 17, 2015, prior to his scheduled bush departure, and Aetna was once again advised of the

20  critical need for the prescribed dosage of medication, and of his required departure that day.

21  Nevertheless, Aetna failed to act on that date, and has failed to act in any manner whatsoever

22  regarding the pre-authorization, through and including the date of the filing of this Complaint.

23  Having no choice, as a direct result of Aetna's failure to act, Viergutz paid for the entire cost

24  of this vyvanse prescription (as well as all additional vyvanse prescriptions filled since July

25                                                      3

26

27

28

1    17, 2015) referenced more fully hereinbelow.

2                                    VI.

3        Attached hereto and labeled Exhibit 1 is the Claim filed by Viergutz, with Aetna; with

4    attached evidence of the cost of the prescription on July 17, 2015, in the amount of $705.39;

5    the prescription written by Dr. Kiehl for said date; Aetna's response of July 30, 2015,

6    identifying code 76 (Plan Limitations Exceeded) as the basis for denial of the Claim submitted

7    by Viergutz; the appeal of the denial of benefits dated August 12, 2015; and Aetna's appeal

8    decision dated September 28, 2015 (received by Viergutz on October 12, 2015). Although

9    designated in the appeal decision a "level 1 appeal", it is not, as the documents

10   accompanying the Claim decision state that a level 1 appeal requires an Aetna response

11   within 30 days, while a level 2 appeal requires a response within 60 days. The Aetna

12   response was not made within the required time and thus constitutes a one appeal claim.

13   This appeal time frame is also consistent with what Viergutz was advised orally when calling

14   Aetna by phone, wherein he was advised that the appeal decision was due 60 days from

15   receipt. The appeal decision itself acknowledges receipt of the appeal by Aetna on August

16   18, 2015, with the decision on a level 1 appeal due September 17, 2015. That did not occur,

17   as the appeal decision is dated September 28, 2015, although the undersigned strongly

18   suspects that Aetna attempted to convert a one-step appeal to a 2 step appeal when the

19   undersigned called Aetna and discussed the due date, with the undersigned asserting that

20   this claim involved a one-step appeal based on Aetna's tardiness. This position is supported

21   by the receipt of the appeal decision a full two weeks after it was allegedly first sent.

22   Discovery will most likely establish that the decision was not authored until subsequent to

23   September 28.(See also additional supportive argument pertaining hereto in paragraph VII

24   hereinbelow.) In all events, Aetna has either waived its ability to assert that a two-step appeal

25                                     4

26

27                                                    EXHIBIT A
                                                     Page 4 of 41
28

1  process is required; orally altered the required process by advising Defendants that a one-

2  step process existed; or violated its expressed written terms, any of which resulting in this

3  matter being ripe for adjudication by this Court. Alternatively, the Court is requested to enter

4  a deemed denial as regards any further appeal process, as Plaintiffs have no further

5  documents to provide Aetna, with Aetna being in possession of all relevant information at the

6  time appeal 1 was denied.  Among other issues which remain for adjudication, however, is

7  the central issue, from which all others emanate, i.e., consistent with the Declaration sought

8  herein, that Aetna is required to provide coverage by insuring the cost of two vyvanse pills

9  per day to Viergutz, as prescribed by his two independent Psychiatrists who, to the

10  knowledge of the undersigned, have never before communicated, but reach the same

11  medical conclusion. Additionally, Aetna should be required to compensate Plaintiffs for out

12  of pocket costs relating to all vyvance purchases to date, as documented in this paragraph,

13  as well as in paragraphs VII-IX below, as well as any additional prescriptions for Viergutz to

14  receive 2 pills of vyvnse per day.

15                                               VII.

16        Attached hereto and labeled Exhibit 2 is the Claim of Plaintiffs relating to prescription

17  date of August 13, 2015, (which Viergutz was informed at the time of picking up the

18  prescription had been denied by Aetna for reason that the "plan limitation was exceeded")

19  including evidence of Plaintiffs paying the full cost of said prescription vyvanse for Viergutz,

20  pursuant to attached prescription by Dr. Kiehl, in the amount of $350.49, a 15 day supply,

21  i.e. 30 pills, i.e. enough for the required dosage until near month's end; Aetna's response

22  that the National Drug Code had not been provided (despite Aetna having the attached

23  information, as well as having been previously provided with such information)(Importantly,

24  no two-step appeal is referenced in said undated Aetna letter.) Nevertheless, Plaintiffs

EXHIBIT A

1 responded with the attached information, placing a star beside the requested information

2 for Aetna's benefit; Plaintiff's appeal dated September 24, 2015; and Aetna's

3 acknowledgment of receipt of appeal dated October 1, 2015. The central issue outlined in

4 the preceding paragraph is identical to the central issue herein. Plaintiffs seek the

5 Declarations and money damages, as well as the additional relief, as outlined in the

6 preceding paragraph. As a result, the Court is respectfully requested to enter a deemed

7 denial of Plaintiff's Claim, in order that the Court hear this matter due in part to the

8 continuing monthly financial losses of Plaintiffs, in being forced to cover the entire monthly

9 cost of the vyvanse prescription for Viergutz.

10                                                        VIII

11          Attached hereto and labeled Exhibit 3 is the Claim of Plaintiffs relating to prescription

12 of vyvanse obtained by Viergutz on August 28, 2015, in the amount of $740.59, once

13 again, a 30 day supply of 60 pills or 2 pills per day. The evidence reflects the prescribing

14 physician to be Dr. Royal Kiehl. At the time Viergutz picked up the prescription, he was

15 advised that Aetna had denied coverage as the "plan limitation was exceeded". As a result,

16 Plaintiffs respectfully request that the Court enter a deemed denial of Plaintiffs Claim, in

17 order that the Court hear this matter due in part to the continuing monthly financial losses of

18 Plaintiffs, in being forced to cover the entire monthly cost of the vyvanse prescription for

19 Viergutz. The central issue outlined in paragraph VI is identical to the central issue herein.

20 Plaintiffs seek the Declarations and money damages, as well as the additional relief, as

21 outlined in paragraph VI.

22                                                        IX

23          Attached hereto and labeled Exhibit 4 is the Claim of Plaintiffs relating to prescription

24

25                                                        6

26

27

28

EXHIBIT A
Page 6 of 41

of vyvanse obtained by Viergutz on September 28, 2015, in the amount of $571.99, once again, a 30 day supply of 60 pills or 2 pills per day. The evidence reflects the prescribing physician to be Dr. Harold Figueroa, as Matthew had returned to Flagstaff at NAU, shortly after obtaining his prescription referenced in the preceding paragraph. The Walgreen pharmacy in Flagstaff, Arizona, hand wrote: "ins only allows 1 per day". As a result, Plaintiffs respectfully request that the Court enter a deemed denial of Plaintiffs Claim, in order that the Court hear this matter due in part to the continuing monthly financial losses of Plaintiffs in paying the entire cost of the vyvanse prescription for Viergutz The central issue outlined in paragraph VI is identical to the central issue herein. Plaintiffs seek the Declarations and money damages, as well as the additional relief, as outlined in paragraph VI above.

X

**First Claim for Relief-Policy Coverage and Related Damages**

Plaintiffs reallege and incorporate by reference herein, as though set forth verbatim each and every allegation set forth above, and further allege that at all material times since issuance of the policy (which policy has never been provided to Plaintiffs) by Aetna on July 1, 2015, that Bosek has paid the required premiums. Plaintiffs have fully conformed and complied with the terms and conditions of the Aetna policy on their part to be performed, to the best of their ability, considering the particular circumstances of this case as outlined above in paragraph VI. The Plaintiff's claim for coverage of 2 vyvanse pills per day is covered under the Aetna policy. Aetna has failed to acknowledge responsibility for the foregoing losses sustained by Plaintiffs by paying Plaintiff's claims. Aetna's failure to provide

7

EXHIBIT A
Page 7 of 41

coverage for the Plaintiffs under the policy is a breach of contract. Plaintiffs have suffered and continue to suffer losses in monetary compensation and seek damages for payment of all claims, the exact amount of which is undetermined due to claims being submitted on a continuous monthly basis for covered prescriptions with the insurer, Aetna, continuing through and including this date, to deny coverage. Aetna is liable to the Plaintiffs for the principle sum due for claims denied, and interest, for costs, fees, and expenses as they continue to be incurred, and for all future expenses, judgments and costs assessed against Aetna.

XI

**Second Claim for Relief-Bad Faith Failure to Pay**

Plaintiffs reallege and incorporate by reference herein as though set forth verbatim each and every allegation set forth above, and further allege that Aetna owes to the Plaintiffs a duty of good faith and fair dealing to pay claims and provide coverage falling within the provisions of the issued policy of insurance. Aetna has breached its duty of good faith and fair dealing by withholding and denying payment of the Plaintiff's claims. These breaches include, but are not necessarily limited to:

a. failing to evaluate and pay Plaintiff's legitimate claims in a timely fashion;

b. engaging in dilatory tactics, procrastination and evasive action to purposefully avoid a reasonable evaluation and disposition of Plaintiff's claims;

c. failing to address in any meaningful fashion whatsoever Dr. Kiehl's pre-authorization for 2 vivanse pills per day for Viergutz since July 17, 2015, through and including this date;

d. failing to timely and meaningfully respond, in any fashion whatsoever, to the emergency need for vyvanse pills for Viergutz on July 17, 2015;

8

1    e. refusing to give any reasonable interpretation to the provisions of their

2    policy, or any reasonable application of such provisions to the circumstances of

3    Plaintiff's claims;

4    f. failing to consider the health consequences to Viergutz as a result of its

5    failure to act;

6    g. failing to turn over the Plaintiff's claims for legal/medical review in a timely

7    fashion, or in any fashion whatsoever, to otherwise justify a denial of plaintiff's claims

8    based upon applicable law and/or medical need;

9    h. failure to provide coverage due and owing the Plaintiffs under the health

10   insurance portion of the policy; and

11   i. indiscriminately denying Plaintiff's claims.

12   As a direct and proximate result of Aetna's breach of their duties, the

13   Plaintiffs have been damaged and continue to be damaged in such sums to be

14   proven at trial.

15                                    **XII**

16   **Third Claim for Relief-Bad Faith Failure to Investigate**

17   Plaintiffs reallege and incorporate by reference herein, as though set forth

18   verbatim, each and every allegation set forth above, and further allege    that as

19   part of their duty of good faith and fair dealing, Aetna owes the Plaintiffs a duty to

20   fairly and reasonably investigate their claims. Diligently, and in good faith, Plaintiffs

21   provided medical doctors, psychiatrists, prescriptions for 2 pills of vyvanse per day to

22   Viergutz. Despite an emergency situation on July 17, 2015, and thereafter, and

23   despite repeated inquiries and requests, Aetna has not provided Plaintiffs with any

24   information whatsoever which shows that less than 2 vyvance pills per day is an

25                                      9

26

27

28

EXHIBIT A
Page 9 of 41

adequate dosage for Viergutz, or that the losses sustained by Plaintiffs are not within the coverage of the policy. All information which has been provided to Aetna shows that coverage exists for any and all losses which Plaintiffs have sustained. Notice of the claim denial along with the decision on appeal failed to conform to the requirements of the contract of insurance in that the notice did not "contain reference to the pertinent Plan provisions on which denial is based". Further, "notification of the specific reasons for the denial" have never been given to Plaintiffs, as required under the terms of the policy. Aetna has taken the position that 2 vyvanse pills per day are not covered under the policy as "Plan Limitations Exceeded". However, two separate and distinct psychiatrists, in Alaska and Arizona, have prescribed the identical 2 vyvanse pills per day for Viergutz. At no time has Aetna provided a contrary psychiatric opinion to Plaintiffs; nor has Aetna even contacted either psychiatrist of Viergutz to seek the basis for their opinions; nor has Aetna contacted Viergutz to discuss his prescription needs. In short, Aetna has done nothing to "investigate". In contravention of the foregoing obligations, Aetna has breached its duty to fairly, reasonably, and timely investigate Plaintiff's claims. Aetna's breaches include, but are not limited to:

a. failing to perform any investigative work;

b. refusing to familiarize themselves with Plaintiff's claims, along with the nature of the underlying medical issue which gives rise to the claims;

c. not providing Plaintiffs with a satisfactory and unambiguous explanation of policy provisions and exclusions as these apply to a coverage decision as relates to Plaintiff's claims; and

d. "playing" with Viergutz's mental health and ability to properly function,

10

1   through a serious, complete and thorough investigation.

2          As a direct and proximate result of Aetna's breach of duty, the Plaintiffs have

3   been damaged and will continue to be damaged in sums to be proven at trial.

4                                         XII

5   **Fourth Claim for Relief-Punitive Damages**

6          Plaintiffs reallege and incorporate by reference herein, as though set forth

7   verbatim, each and every allegation as set forth above, and further allege that

8   Aetna's failure to pay; investigate; timely respond to Plaintiffs; and provide coverage

9   in accordance with the terms and conditions of their policy issued to Plaintiffs was

10  willful and done with reckless disregard of the obligations undertaken in its contract

11  of insurance and of the duties owed to the Plaintiffs. As a result of the egregious

12  conduct of Aetna in this matter, and because of their unjustifiable failure and refusal

13  to pay, investigate and provide coverage, Aetna should be required to pay, as

14  punitive damages, and amount in excess of $100,000.00, or such an amount as may

15  be deemed appropriate to deter similar conduct by Aetna to parties similarly situated

16  to Plaintiffs.

17  **WHEREFOR, PLAINTIFFS PRAY FOR JUDGMENT AS FOLLOWS:**

18          1. That this Court issue a Declaration that Aetna cover the cost of 2 vyvanse pills per

19  day commencing July 13, 2015 for Plaintiff, Viergutz;

20          2. That Plaintiffs be awarded all sums paid out of pocket for vyvanse prescriptions

21  for Plaintiff, Viergutz, as documented in paragraphs VI-IX above, together with such sums that

22  are paid by Plaintiffs for said prescription until this matter is resolved at trial. That Plaintiffs be

23  awarded pre-judgment interest pursuant to Civil Rules as well as their attorney fees and costs

24  incurred herein, together with post-judgment interest on the final amounts due and owing at

25                                         11

26

27

28

EXHIBIT A
Page 11 of 41

1 the maximum allowable rate until satisfaction, as well as the cost of capital for all times

2 Plaintiffs did not have the funds paid to use for other purposes;

3      3. For damages for Defendant's bad faith failure to pay Plaintiff's claims, the exact

4 amount of which will be established at the time of trial;

5      4. For damages for Defendant's bad faith failure to investigate Plaintiff's claims, the

6 exact amount of which will be established at the time of trial;

7      5. For punitive damages in an amount in excess of $100,000.00, or in an amount

8 deemed sufficient and appropriate to deter similar conduct by Aetna to other parties similarly

9 situated to Plaintiffs;

10      6.      For such other and further relief as this Court deems just and equitable in the

11 premises.

12      Dated this __26__ day of October, 2015.

13

14      Herbert A. Viergutz, AK Bar No. 8508088

15

16

17

18

19

20

21

22

23

24

25                                          12

26

27

28

# aetna®

## Commercial Prescription Drug Claim Form

Aetna Pharmacy Management
PO Box 52444
Phoenix, AZ 85072-2444
**FAX: 1-888-472-1128**

| Aetna Member Number (claim cannot be processed without number) | Group Number |
|---|---|
| W 2 1 8 9 4 1 9 4 2 | 8 6 6 2 1 9 3 0 0 0 2 |

If you are enrolled in Medicare, check here ☐

**Employee Name (First, Middle, Last)**
REBECCA LYNN BOSEK

**Employee Birthdate (MM/DD/YYYY)** [redacted]

**Employee Address (Street, City, State, ZIP Code)**
P.O. BOX 111062 ANCHORAGE AK 99511

**Company Name & Address (Street, City, State, ZIP Code)**

| Employee Signature *Rebecca Bosek* | Telephone Number (907) 250-7666 | Date 7-24-15 |
|---|---|---|

### Prescription(s) were for:

| Last Name, First, Middle Initial | Gender | Employee | Spouse | Dependent | Patient Birthdate (MM/DD/YYYY) |
|---|---|---|---|---|---|
| VIEROUTZ MATTHEW H | ☒ Male ☐ Female | ☐ | ☐ | ☒ | [redacted] |

Are any family members expenses covered by another group health plan, group pre-payment plan (Blue Cross-Blue Shield, etc.), no fault auto insurance, Medicare, or any federal, state, or local government plan?

☒ No   ☐ Yes

If Yes, list policy or contract holder, policy or contract number(s) and name/address of insurance company or administrator.

If Medicare, check all that apply.

☐ Medicare Part A    ☐ Medicare Part B    ☐ Medicare Part D

| Member ID Number with Other Carrier | Member Name | Member Birthdate (MM/DD/YYYY) |
|---|---|---|

Indicate reason for manually filing these claims:

☐ **Coordination of Benefits** – Please attach an Explanation of Benefits from the primary carrier along with the detailed receipt.

☐ **Emergency** – If Emergency, describe Emergency below, or on a separate sheet.

☒ *SEE ATTACHED LETTER!*

☐ **Compound Drug** – If you have a drug that contains more than 1 ingredient. Please provide the following information:
- The VALID 11-digit NDC number for EACH ingredient used in the compound prescription.
- The ingredient name for each NDC.
- The "metric quantity" expressed in number of tablets, grams or milliliters for each ingredient NDC #.
- The cost for EACH ingredient (dollar amount).
- The TOTAL compounded quantity.
- The TOTAL dollar amount paid by the patient.

**Please Note: Manual submission of claims does not guarantee reimbursement of claim.**

**Pharmacy Information**   *Please attach detailed prescription receipts or ask your pharmacist for a pharmacy statement. We cannot process your claim without this information.*

**Member**
- Please read carefully before completing this form. Claim forms without the required information cannot be processed. Incomplete forms will be returned to you.
- If you use more than one pharmacy, use a separate form for each pharmacy.
- Use a separate claim form for each patient.
- Claims must be submitted within two years of date of purchase.
- Complete all employee and patient information on the top portion of the form and be sure to sign it.
- Mail or FAX the Prescription Drug Claim Form to:
  **Aetna Pharmacy Management**
  **PO Box 52444**
  **Phoenix, AZ 85072-2444**
  **FAX: 1-888-472-1128**

**Submission Requirements**
You MUST include all original "pharmacy" receipts in order for your claim to process. "Cash register" receipts WILL NOT be accepted with the exception of Diabetic Supplies. The minimum information that must be included on your pharmacy receipts is listed below:
- Patient Name • Prescription Number • Medicine NDC number
- Date of Fill • Metric Quantity • Total Charge
- Days Supply for your prescription (you need to ask your pharmacist for this "Day Supply" information)
- Pharmacy Name and Address or Pharmacy NABP Number

If the Prescribing Physician's NPI (National Provider Identification) number is from a foreign country, please fill in below:

Country: _____
Currency: _____
Amount: _____

GC-1652 (3-14) A

~~EXHIBIT~~ EXHIBIT A
Page 13 of 41   R-POD

*PAGE 1*

COPY

# Greatland Clinical Associates
1400 W Benson #315 Anchorage, AK 99503 (p) (907) 929-4009

**PATIENT**
Matthew Viergutz

**PROVIDER**
Royal Kiehl, MD

**DOB:** ~~████████████~~ )

**NPI:** 1144292533
**State licensing #:** 1204
**DEA:** AK6795477

**Phone:** (907) 250-3488
**Address:**
 PO Box 111062 Anchorage, AK 99511



Earliest Fill Date: 07/16/2015     Prescription Date: 07/16/2015

Vyvanse 70 mg oral capsule

**SIG:** 1 po BID

**Refills:** 0
**Quantity:** 60 (sixty) capsules
**Days supply:** 30

COPY

_(signature)_

**Substitution permitted**          **Dispense as written**

EXHIBIT A
Page 14 of 41

2

**PICK-UP:** 07/18 05:19PM

**NEW**   DOB: ▓▓▓▓▓

Rx # 2325889

# BIN - 36

VYVANSE 70 MG CAPSULE
Patient Pay Amount: $705.39
Day Supply: 30
Quantity: 60

## VIERGUTZ, MATTHEW

_Gender:_ Male

_Loyalty:_
Not On File

_Prescriber:_
KIEHL, ROYAL

**07/17/2015** (CASH)
Patient Pay Amount: $705.39
Prescription qualifies for points. Check register receipt for point balance.

**Directions:**
TAKE ONE CAPSULE BY
MOUTH TWICE A DAY

**Counseling Notes:**

**Allergies:**
SULFA (SULFONAMIDE
ANTIBI

| MATTHEW VIERGUTZ | | |
|---|---|---|
| Rx# 2325889 | *New Rx* | 07/17/2015 |
| Safety Caps | | |
| X _____ | | |
| Patient Signature | | |
| CASH | $705.39 | |
| Counseling: | RPH: | |
| Received ☐ Declined ☐ | REL: | |

# FredMeyer

THANK YOU FOR CHOOSING FREDDY'S!

2000 West Dimond Blvd.
907-267-6700
YOUR CASHIER WAS PHARMACY

RX  70000098000 NP PHARMACY    705.39 Q
      TAX                        0.00
   **** BALANCE                 705.39

701 Fred Meyer #71
2000 West Dimond Blvd.
 Anchorage AK 99515-1400
AMEX Purchase
**********1001
TOTAL: 705.39
REF#: 517483

         AMEX              705.39
         CHANGE              0.00

TOTAL NUMBER OF ITEMS SOLD =    1
07/17/15 03:18PM 71 66 48 999777

*******************************
    Tell Us How We Are Doing!
    Earn 50 BONUS FUEL POINTS!

Plus, enter our monthly Sweepstakes:
for ONE OF 100 - $100 gift cards and
  ONE $5,000 gift card grand prize!

     Go to www.krogerfeedback.com
            within 7 days.
       Enter the information below:

Date: 07/17/15
Time: 03:18PM
Entry ID: 701-695-48-71-66-114

Limit one 50 fuel pt bonus per 7 days.
   No purchase necessary to enter
sweepstakes. See website for official
          sweepstakes rules.

*******************************
   SAVE THIS RECEIPT FOR REFUNDS
          OR ADJUSTMENTS

||||||||||||||||||||||||||||||||||
91020071701066004815071715 18
  THANK YOU FOR CHOOSING FREDDY'S!

**REBECCA BOSEK**
**P.O. BOX 111062**
**Anchorage, AK 99511**
**Phone: 907-250-7666**
**Email:hviergutz@hotmail.com**

July 24, 2015

Aetna Pharmacy Management
P.O. Box 52444
Phoenix, Az 85072-2444

### Re: APPEAL-W2189 41942-MATTHEW VIERGUTZ INSURED

Dear Persons:

My son, Matthew Viergutz, has taken vyvanse for at least the last 6 years, with the medication being covered under the Blue Cross Insurance plan through my employment as a professor with the University of Alaska. He was at one time prescribed three pills per day, but this was decreased some time ago to two pills per day by his psychiatrist. I retired July 1, 2015, and the coverage switched on that date to Aetna from Blue Cross. On Thursday, July 16, my son picked up his prescription from Dr. Kiehl in Anchorage, Alaska and took it into the local Fred Meyer pharmacy. It was after 5:00pm when he returned to the pharmacy and was advised that Aetna was requiring a pre-authorization from his provider. (Time was critical as my son was leaving for bush Alaska the following day, not returning for a week, and in need of his prescription.) The following morning, at 8:00am, my husband, Herbert Viergutz, contacted Aetna by phone and was informed of the need for his doctor to call Aetna pre-authorizing two pills, the amount he has taken for the past 4 years, as Aetna would only cover one pill a day. My husband waited until the doctor's office opened at 9:00am and called and discussed the pre-authorization requirement with them. Approximately a half hour later, Dr. Kiehl's office called my husband and advised him that they had called Aetna and pre-authorized the two pills, and that Aetna "was less than helpful", as the Aetna representative stated they would review it "when they had time" despite knowing my son was traveling to bush Alaska that afternoon. As a result, my husband once again spoke to several representatives at Aetna, ending with a pharmacist who said pre-authorization would take time. This is nonsense! My son needed his medication! We paid the entire price of the medication from our pocket, as can be seen from the attached receipt from Fred Meyer. I expect full reimbursement immediately, minus the $50.00 deductable. My son's psychiatrist will determine his medication needs and the proper amount, not Aetna, who has never seen my son or evaluated his need. I can personally attest to the fact that one pill per day is not enough. In all events, as my husband is a lawyer, he will deal with this matter in the future and I herein authorize Aetna to proceed accordingly. It goes without saying that my first contact with Aetna has not been a pleasant experience. I can only hope Aetna's conduct changes so that we can enjoy a mutually productive business relationship in future absent the negligence suffered as a result of your pre-authorization procedures and slothfulness by representatives in an emergency situation.

Sincerely,

*Rebecca Bosek*

**aetna**
Aetna Pharmacy Management
P.O. Box 52115
Phoenix, AZ 85072-2115

Return Service Requested

MIXED AADC 995

891 0-8502 M8 0-436

REBECCA BOSEK                    139
PO BOX 111062
ANCHORAGE, AK  99511-1062

# Important plan information

**This is not a bill**

According to our records, some or all of your prescription claims were (re)processed and those are identified on the following page(s).  *If you are owed money the check is enclosed in this mailing.*

This may have occurred for one of the following reasons:

- You submitted a prescription reimbursement request (filed a paper claim).
- We received documentation indicating that your claim(s) should be reprocessed to correctly reflect your out-of-pocket costs.
- A claim audit identified an overpayment in prescription claim(s).

Should you have any questions please contact us at the number on your ID card.

| | | | |
|---|---|---|---|
| **Claim Activity for:** | MATTHEW VIERGUTZ | **Relationship to Cardholder:** | Child |
| **Cardholder Name:** | REBECCA BOSEK | **Cardholder ID:** | W21894194201 |

**Primary Insurance Information**        **aetna**℠
**Member ID:** W21894194204
**Group ID:** 0866219300002AA
**Group Name:** STATE OF ALASKA
**Account ID:** 7700 / 89657584

EXHIBIT A
Page 18 of 41

05.03.420.1 (1/14)

ENV 691    1 OF 8

# aetna
Aetna Pharmacy Managment

Type of Service: Pharmacy
Date Claim(s) Processed: 07/29/2015

Page 2 of 7
Statement Number: 29905 76564489
Check Number:

| Claim Number | 15198613921S839 | |
|---|---|---|
| Date Filled | 07/17/2015 | |
| Pharmacy Name | FRED MEYER PHARMACY-DA | |
| Pharmacy # | 0201501 In Network | |
| Rx Number | 2325889 | |
| Amount Submitted | $705.39 | $705.39 |
| Amount Allowed by Plan | $0.00 | $0.00 |
| Amount Disallowed | $705.39 | $705.39 |
| **Member Responsibility** Copay | $0.00 | $0.00 |
| Coinsurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Plan Responsibility** Plan Paid (Primary) | $0.00 | $0.00 |
| Member Reimbursement | $0.00 | $0.00 |
| Reason Code | 76 | |

05.03.420.1 (1/14)

EXHIBIT A
Page 8 of 41

Case 3:15-cv-00229-JWS    Document 1-1    Filed 11/23/15    Page 19 of 41



Aetna Pharmacy Managment



## Payment Summary

Statement Number:  29905 76564489
Total Reimbursement:  $0.00

Did you know generic drugs can save you money?  Ask your pharmacist if your prescription can be filled with a generic equivalent drug.

## Plan Year Totals

Deductible Amounts Applied to Date:
Out of Pocket Amounts Applied to Date:
Maximum Allowable Benefit Remaining:

## Remarks/Reason Code Explanation

76      Plan Limitations Exceeded

\* Other Pharmacies are Available in our Network

Notice: The diagnosis and treatment codes (and their meaning) related to the service that is the subject of this statement are available upon request made to the carrier.

EXHIBIT A
Page 20 of 41

REBECCA L. BOSEK
P.O. BOX 111062
ANCHORAGE, AK, 99511
(907) 250-3488

August 12, 2015

Aetna Customer Resolution Team
P.O. Box 14463
Lexington, Ky 40512

Re: Appeal

Dear Persons:

Please be advised that I formally appeal the denial of prescription benefits for my son, Matthew Viergutz, as outlined fully in the documents attached hereto including, but not limited to, my letter dated July 24, 2015. I look forward to resolving this matter amicably or, alternatively, turning the matter over to my husband, at which time a formal Complaint will be filed with the Alaska Court System.

Very truly yours,

Rebecca Bosek



## IMPORTANT NOTICE REGARDING YOUR LEVEL 1 APPEAL

September 28, 2015

Matthew Viergutz
Po Box 111062
Anchorage, AK 99511-1062

| | |
|---|---|
| Subscriber Name: | Rebecca Bosek |
| Member Name: | Matthew Viergutz |
| Member ID Number: | W218941942-04 |
| Provider Name: | NA |
| Date(s) of Service: | July 17, 2015 to July 17, 2015 |
| Patient Account Number: | 7700/89657584 |
| Payer: | Aetna Life Insurance Company |
| Case Number(s): | 2015081901938 |

**Subject:  Level 1 Appeal Decision**

Dear Mr. Viergutz:

Thank you for your mother's, July 24, 2015 on your recent claim. We reviewed your concerns and would like to share the results of our review with you.

We have found the original determination to be correct. Below you will find the details of our review and the outcome of the appeal.

**Review/Determination**
This letter is in response to the appeal request we received on August 18, 2015. This appeal is about the benefit determination for Vyvanse 70mg filled on July 17, 2015.
- Billed amount: $705.39
- Denial code: NA

We reviewed all available information, including:
- The appeal request from Rebecca Bosek
- The receipt from FredMeyer
- The prescription
- The Commercial Prescription Drug Claim Form
- The claim
- The Prescription Claim Reimbursement Statement
- The Summary Plan Description (SPD) for Alaska Care.

St_of_AK_4

EXHIBIT A
Page 22 of 41
*10*

**Our decision**
Based on our review of the above information, we are upholding the previous decision for the benefit determination for Vyvanse 70mg filled on July 17, 2015.

**How we made our decision**
In the letter, Rebecca stated that you have taken Vyvanse for at least six years and this was covered through Blue Cross. She advised you were prescribed three pills per day but then this was decreased to two pills per day by your psychiatrist. She stated that she retired on July 1, 2015, so your insurance plan switched from Blue Cross to Aetna. On Thursday, July 16, 2015, she advised that she picked up your prescription from Dr. Kiehl in Anchorage, Alaska and took it into the local Fred Meyer pharmacy. She stated that when she returned to the pharmacy at 5:00pm, she was told that the medication required pre-authorization from your provider. She advised the following morning at 8:00am, her husband contacted Aetna and was informed that your doctor needed to call Aetna and pre-authorize two pills because Aetna would only cover one pill per day. She stated that her husband called the doctor's office at 9:00am to discuss obtaining pre-authorization. They tried to obtain pre-authorization from Aetna however; they were told this would take some time to be reviewed. She is asking to be reimbursed in full for this medication.

Precertification is required by the physician for dosing greater than 1 per day. Coverage for a quantity greater than 1 per day is only allowed with precertification from the physician. Once an approval is in place, it cannot be backdated more than 30 days. The claim for July 17, 2015, is not allowed, as there is no approval/precertification in place to allow coverage for the quantity/day supply submitted.

Per your SPD, under **"How Failure to Precertify Affects your Benefits"**, it states:
"A precertification benefit reduction will be applied to the benefits paid if you fail to obtain a required precertification prior to incurring medical expenses. This means that Aetna will reduce the amount paid towards your coverage, or your expenses may not be covered. You will be responsible for the unpaid balance of the bills…"

Based upon the information described above, we are upholding the original determination. The denial of coverage is based on the plan exclusions outlined above.

A complaint and appeal consultant and an Aetna pharmacy analyst, who were not involved in the original decision, participated in the review of the appeal.

**Access to relevant information**
At your request, we will give you free of charge access to copies of all documents, records, and other information about your claim for benefits, including the specific rule, guideline, protocol, or other similar criterion that was used in making the decision, and the names of any clinical reviewers if applicable. Your provider may have sent diagnosis and treatment codes with your claim. To obtain these codes and their meanings, call us at the Aetna AlaskaCare Concierge number, 855-784-8646. If you have medical questions about your diagnosis or treatments, contact your provider.

**Next Steps**
If you disagree with this decision, you may request a second level appeal. If you choose to appeal, please forward any additional relevant information that you would like us to consider. Claims eligible for the second level appeal process are those claims that do not involve medical judgment or a rescission of coverage. You may file a second level appeal within 180 days of your

St_of_AK_4

receipt of this first level appeal decision. Your second level appeal request must be sent to the following address:

Aetna
ATTN: AlaskaCare Member Appeal Level II
PO Box 14463
Lexington, KY 40512
Fax: 1-859-425-3379

Your second level appeal will be reviewed by individuals who did not participate in the first level appeal review. If the claim for benefits or precertification is denied (in whole or in part) on the second level of appeal, we will provide you with written notice of that decision and your right to appeal to the Office of Administrative Hearings (AlaskaCare Retiree Plan members) or the Alaska Superior Court (AlaskaCare Employee Plan members). **If you do not appeal this first level appeal decision, it shall be deemed final, conclusive and binding on all persons.**

**We are here to answer your questions**
For questions about this appeal decision or the AlaskaCare appeals process, please contact:

(1) The Aetna Concierge at 855-784-8646 or visit the Aetna website at **www.aetna.com**; or

(2) Alaska Division of Retirement and Benefits at 800-821-2251 (toll free) or 1-907-465-4460 (Juneau) or visit the Division's website at www.alaskacare.gov.

Please include the case number listed at the top of this letter when responding or inquiring about this issue.

For more detailed information about the appeals process, please refer to your plan document. In the event of a conflict between this letter and the plan document, the plan document controls. **You may obtain a copy of your plan document at: www.alaskacare.gov or by contacting the Division of Retirement and Benefits at 800-821-2251 or 1-907-465-4460.**

**We want to know!**
Please visit our website for a short survey about Aetna's appeal process.
**https://www.aetna.com/form_assets/members/survey.html**

Thank you for giving us the opportunity to address your concerns.

Sincerely,

Desma Dotson
Complaint and Appeal Consultant
Customer Resolution Team

Enclosure(s): Language Enclosure

St_of_AK_4

# aetna® Commercial Prescription Drug Claim Form

Aetna Pharmacy Management
PO Box 52444
Phoenix, AZ 85072-2444
FAX: 1-888-472-1128

| Aetna Member Number (claim cannot be processed without number) | Group Number |
|---|---|
| W 2 1 8 9 4 1 9 4 2 | 8 6 6 2 1 9 3 6 6 0 2 |

If you are enrolled in Medicare, check here ☐

**Employee Name (First, Middle, Last)**
REBECCA LYNN BOSEK

**Employee Birthdate (MM/DD/YYYY)** ▨▨▨

**Employee Address (Street, City, State, ZIP Code)**
P.O. Box 111062, ANCHORAGE AK 99511

**Company Name & Address (Street, City, State, ZIP Code)**

| Employee Signature | Telephone Number | Date |
|---|---|---|
| Rebecca Event | (907) 250-7666 | 8-20-15 |

## Prescription(s) were for:

| Last Name, First, Middle Initial | Gender | Employee | Spouse | Dependent | Patient Birthdate (MM/DD/YYYY) |
|---|---|---|---|---|---|
| VIERGUTZ MATTHEW H | ☒ Male ☐ Female | | | ☒ | |

Are any family members expenses covered by another group health plan, group pre-payment plan (Blue Cross-Blue Shield, etc.), no fault auto insurance, Medicare, or any federal, state, or local government plan?

☒ No ☐ Yes

If Yes, list policy or contract holder, policy or contract number(s) and name/address of insurance company or administrator.

If Medicare, check all that apply.

☐ Medicare Part A ☐ Medicare Part B ☐ Medicare Part D

| Member ID Number with Other Carrier | Member Name | Member Birthdate (MM/DD/YYYY) |
|---|---|---|

**Indicate reason for manually filing these claims:**

☒ Coordination of Benefits — Please attach an Explanation of Benefits from the primary carrier along with the detailed receipt.

☐ Emergency -- If Emergency, describe Emergency below, or on a separate sheet.

☒ SEE ATTACHED LETTER - SAME ISSUE - 8-16-15 OCCURRENCE

☒ Compound Drug — If you have a drug that contains more than 1 ingredient. Please provide the following information:
- The VALID 11-digit NDC number for EACH ingredient used in the compound prescription.
- The ingredient name for each NDC.
- The "metric quantity" expressed in number of tablets, grams or milliliters for each ingredient NDC #.
- The cost for EACH ingredient (dollar amount).
- The TOTAL compounded quantity.
- The TOTAL dollar amount paid by the patient.

**Please Note:** Manual submission of claims does not guarantee reimbursement of claim.

**Pharmacy Information** *Please attach detailed prescription receipts or ask your pharmacist for a pharmacy statement. We cannot process your claim without this information.*

**Member**
- Please read carefully before completing this form. Claim forms without the required information cannot be processed. Incomplete forms will be returned to you.
- If you use more than one pharmacy, use a separate form for each pharmacy.
- Use a separate claim form for each patient.
- Claims must be submitted within two years of date of purchase.
- Complete all employee and patient information on the top portion of the form and be sure to sign it.
- Mail or FAX the Prescription Drug Claim Form to:

  Aetna Pharmacy Management
  PO Box 52444
  Phoenix, AZ 85072-2444
  FAX: 1-888-472-1128

**Submission Requirements**
You MUST include all original "pharmacy" receipts in order for your claim to process. "Cash register" receipts WILL NOT be accepted with the exception of Diabetic Supplies. The minimum information that must be included on your pharmacy receipts is listed below:
- Patient Name • Prescription Number • Medicine NDC number
- Date of Fill • Metric Quantity • Total Charge
- Days Supply for your prescription (you need to ask your pharmacist for this "Day Supply" information)
- Pharmacy Name and Address or Pharmacy NABP Number
If the Prescribing Physician's NPI (National Provider Identification) number is from a foreign country, please fill in below:

Country: _____
Currency: _____
Amount: _____

GC-1652 (3-14) A

## Greatland Clinical Associates
### 1400 W Benson #315 Anchorage, AK 99503 (p) (907) 929-4009

**PATIENT**
Matthew Viergutz

*13410 Windrush Cir*
*99516*

DOB: ~~█████████~~
Phone: (907) 260-3488
Address:
   PO Box 111062 Anchorage, AK 99511

**PROVIDER**
.Royal Klehl, MD

NPI: 1144292633
State licensing #: 1204
DEA: AK6795477



Earliest Fill Date: 08/13/2015        Prescription Date: 08/13/2015

Vyvanse 70 mg oral capsule

SIG:    1 po BID

Refills: 0
Quantity: 30 (thirty) capsules
Days supply: 15

*"COPYONLY"*

_____
Substitution permitted

# FredMeyer

THANK YOU FOR CHOOSING FREDDY'S!

2000 West Dimond Blvd.
907-267-6700
YOUR CASHIER WAS PHARMACY

RX 70000098000 NP PHARMACY      350.49 Q
       TAX                       0.00
  **** BALANCE                 350.49
  AK 99515-1400
VISA Purchase     ***********5988
REF#: 078440        TOTAL: 350.49

    VISA                       350.49
    CHANGE                       0.00

TOTAL NUMBER OF ITEMS SOLD =      1
08/16/15 01:18PM 71 67 15 999555

*****************************
  Tell Us How We Are Doing!
   Earn 50 BONUS FUEL POINTS!

Plus, enter our monthly Sweepstakes:
for ONE OF 100 - $100 gift cards and
ONE $5,000 gift card grand prize!

   Go to www.krogerfeedback.com
         within 7 days.
   Enter the information below:

Date: 08/16/15
Time: 01:18PM
Entry-ID: 701-695-15-71-67-82

Limit one 50 fuel pt bonus per 7 days.
   No purchase necessary to enter
sweepstakes. See website for official
         sweepstakes rules.

*****************************
  SAVE THIS RECEIPT FOR REFUNDS
        OR ADJUSTMENTS



THANK YOU FOR CHOOSING FREDDY'S!



**REBECCA BOSEK**
**P.O. BOX 111062**
**Anchorage, AK 99511**
**Phone: 907-250-7666**
**Email:hviergutz@hotmail.com**

July 24, 2015

Aetna Pharmacy Management
P.O. Box 52444
Phoenix, Az 85072-2444

### Re: APPEAL-W2189 41942-MATTHEW VIERGUTZ INSURED

Dear Persons:

My son, Matthew Viergutz, has taken vyvanse for at least the last 6 years, with the medication being covered under the Blue Cross Insurance plan through my employment as a professor with the University of Alaska. He was at one time prescribed three pills per day, but this was decreased some time ago to two pills per day by his psychiatrist. I retired July 1, 2015, and the coverage switched on that date to Aetna from Blue Cross. On Thursday, July 16, my son picked up his prescription from Dr. Kiehl in Anchorage, Alaska and took it into the local Fred Meyer pharmacy. It was after 5:00pm when he returned to the pharmacy and was advised that Aetna was requiring a pre-authorization from his provider. (Time was critical as my son was leaving for bush Alaska the following day, not returning for a week, and in need of his prescription.) The following morning, at 8:00am, my husband, Herbert Viergutz, contacted Aetna by phone and was informed of the need for his doctor to call Aetna pre-authorizing two pills, the amount he has taken for the past 4 years, as Aetna would only cover one pill a day. My husband waited until the doctor's office opened at 9:00am and called and discussed the pre-authorization requirement with them. Approximately a half hour later, Dr. Kiehl's office called my husband and advised him that they had called Aetna and pre-authorized the two pills, and that Aetna "was less than helpful", as the Aetna representative stated they would review it "when they had time" despite knowing my son was traveling to bush Alaska that afternoon. As a result, my husband once again spoke to several representatives at Aetna, ending with a pharmacist who said pre-authorization would take time. This is nonsense! My son needed his medication! We paid the entire price of the medication from our pocket, as can be seen from the attached receipt from Fred Meyer. I expect full reimbursement immediately, minus the $50.00 deductable. My son's psychiatrist will determine his medication needs and the proper amount, not Aetna, who has never seen my son or evaluated his need. I can personally attest to the fact that one pill per day is not enough. In all events, as my husband is a lawyer, he will deal with this matter in the future and I herein authorize Aetna to proceed accordingly. It goes without saying that my first contact with Aetna has not been a pleasant experience. I can only hope Aetna's conduct changes so that we can enjoy a mutually productive business relationship in future absent the negligence suffered as a result of your pre-authorization procedures and slothfulness by representatives in an emergency situation.

Sincerely,

*Rebecca Bosek*

EXHIBIT A
Page 29 of 41

08/20/2015  9:55AM

Member
Matthew Viergutz

Notice Date
September 2, 2015

Need more information?
Visit www.aetna.com and log in to Aetna Navigator®, your secure member website.
Or call the toll-free number on your member ID card.

# aetna®

Matthew Viergutz
PO Box 111062
Anchorage, AK 99511-1062

# We are unable to process a prescription drug claim that you submitted for reimbursement

You recently asked to be reimbursed for a prescription drug claim. Enclosed are copies of documents that relate to that request. We are unable to process the request for the following reason(s)

*SEE ATTACHED*

- **National Drug code#:** After researching the drug information provided, we are unable to obtain an NDC number to process the claim. If this is a compound medicine, please provide a list of the ingredients and the NDC numbers. Please contact the pharmacy where the prescription was filled to obtain this information. You may contact your pharmacy for this information.

### Next steps

We may still be able to reimburse you. However, we need some more details. Please take these steps:

- Review the attached claim form you sent us.
- If information was missing or invalid, please update as needed.
- Return the enclosed documents, along with the requested information, to the address on the claim form.

### Submitting an appeal

If you have questions about, or disagree with, a claim decision, you can ask us to review it. This process is called an appeal. You, or someone you name to act for you, your authorized representative, can ask for this review. Please send your written appeal along with a copy of your Explanation of Benefits (EOB) to this address:

**Aetna Customer Resolution Team**
**PO Box 14463**
**Lexington, KY 40512**

Call our Member Services Department using the toll-free number displayed on the member ID card.
Or, send your written request to the above address.

5

EXHIBIT A
Page 30 of 41

Patient Pay Amount:350.4
1 of 1 Items in Order

**Action Items:**
Photo ID Required
Provide Medguide

**Auto Refill:**
Not Asked
**Auto Notify:**
Email: Not Enrolled
Text: Not Enrolled
Voice: Not Enrolled

**Precautions:**
WARNING: BREASTFEEDING IS
NOT RECOMMENDED WHILE
USING THIS DRUG. CONSULT
YOUR DOCTOR OR PHARMACIST.

MAY CAUSE DIZZINESS

TAKE IN THE MORNING AS
DIRECTED

THIS DRUG MAY IMPAIR THE
ABILITY TO OPERATE A VEHICLE,
VESSEL (E.G., BOAT), OR
MACHINERY. USE CARE UNTIL
YOU BECOME FAMILIAR WITH ITS
EFFECTS.

POS #

DATE: 08/15/2015

NCPDP: 0201501

NEW

11/10/92

13410 WINDRUSH CIRCLE
ANCHORAGE, AK 99516
PHONE: (907) 345-8594

PRESCRIBER:
R KIEHL
NPI: 1144292533

RPH: EB
D.E.: BM

DUPLICATE RECEIPT

FRED MEYER PHARMACY 70100071
2000 W DIMOND BLVD
ANCHORAGE, AK 99515
PH:(907) 287-6733   NCPDP:0201501
DATE:08/15/2015

MATTHEW VIERGUTZ
VYVANSE 70 MG CAPSULE          QTY: 30

NDC: 59417-0107-10   TX: 0000774238
RX# 2326356
PRESCRIBER:  R KIEHL

PRICE: $350.49

NEW

FRED MEYER PHARMACY 70100071
2000 W DIMOND BLVD   ANCHORAGE, AK 99515
PHONE: (907) 287-6733     STORE: 70100071
DAW: 0
MATTHEW VIERGUTZ

RX# 2326356    TX: 0000774238

VYVANSE 70 MG CAPSULE

NDC: 59417-0107-10   QTY: 30   DAYS: 15
CASH

NO REFILLS REMAINING

PRICE: $350.49

EXHIBIT A

6

REBECCA L. BOSEK
P.O. BOX 111062
ANCHORAGE, AK, 99511
(907) 250-3488
SEPTEMBER 24,
~~August 12,~~ 2015

Aetna Customer Resolution Team
P.O. Box 14463
Lexington, Ky 40512

Re: Appeal

Dear Persons:

Please be advised that I formally appeal the denial of prescription benefits for my son, Matthew Viergutz, as outlined fully in the documents attached hereto including, but not limited to, my letter dated July 24, 2015. I look forward to resolving this matter amicably or, alternatively, turning the matter over to my husband, at which time a formal Complaint will be filed with the Alaska Court System.

Very truly yours,

Rebecca Bosek

**aetna**  Customer Resolution Team
PO Box 14463
Lexington, KY 40512-4463

"000681*J1XC091*001459"

```
********************MIXED AADC 995    10
2703 1 MB 0.439
REBECCA BOSEK
PO BOX 111062
ANCHORAGE AK 99511-1062
```

IլլլIllIIIlIIIl'IlII'IIIIIIIlIIlIl'IIIllIIIIlIl'llIll''IIllIl

10-1-2015

DCN# 151001082300

Subscriber Name: Rebecca Bosek
Member Name: Matthew Viergutz
Member ID Number: W218941942-04
Provider Name: Fred Meyer Pharmacy
Date(s) of Service: August 16, 2015
Payer: Aetna Life Insurance Company
Patient Account Number: N/A

Subject: Unauthorized Request

Dear Ms. Bosek:

We received a request for an appeal on September 30, 2015.

Our records do not show that you have been authorized to act on behalf of the member named above. For this reason, we cannot release any information to you. We will begin the appeal process; however, further correspondence will be addressed to him/her until we receive an authorization from this member.

Based on the appeal process outlined in the Plan Documents, we will send a written response:
- Within 30 calendar days of the date we received the request for benefits plans with a two-level appeal process, or
- Within 60 calendar days of the date we received the request for benefits plans with a one-level appeal process.

Sincerely,

*Mia Roth*

Mia Roth
Complaint and Appeal Analyst

CC: MATTHEW VIERGUTZ

Gen 12 Rev4 04.26.11

EXHIBIT A
Page 33 of 41

EXHIBIT A
Page 34 of 41

# aetna®      Commercial Prescription Drug          Aetna Pharmacy Management
##            Claim Form                            PO Box 52444
                                                    Phoenix, AZ 85072-2444
                                                    FAX: 1-888-472-1128

| Aetna Member Number (claim cannot be processed without number) | Group Number |
|---|---|
| W 2 1 8 9 4 1 9 4 2 | 8 6 6 2 1 9 3 0 6 0 2 |

If you are enrolled in Medicare, check here ☐

Employee Name (First, Middle, Last)                          Employee Birthdate (MM/DD/YYYY)
REBECCA LYNN BOSEK

Employee Address (Street, City, State, ZIP Code)
P. O. Box 111062, ANCHORAGE, AK 99511

Company Name & Address (Street, City, State, ZIP Code)

Employee Signature  _Rebecca Bosek_     Telephone Number  (907) 250-7666    Date  8-28-15

## Prescription(s) were for:

| Last Name, First, Middle Initial | Gender | Employee | Spouse | Dependent | Patient Birthdate (MM/DD/YYYY) |
|---|---|---|---|---|---|
| VTERGUTZ MATTHEW H | ☑ Male ☐ Female | ☐ | ☐ | ☑ | |

Are any family members expenses covered by another group health plan, group pre-payment plan (Blue Cross-Blue Shield, etc.), no fault auto insurance, Medicare, or any federal, state, or local government plan?

☑ No  ☐ Yes

If Yes, list policy or contract holder, policy or contract number(s) and name/address of insurance company or administrator.

If Medicare, check all that apply.
☐ Medicare Part A    ☐ Medicare Part B    ☐ Medicare Part D

| Member ID Number with Other Carrier | Member Name | Member Birthdate (MM/DD/YYYY) |
|---|---|---|

Indicate reason for manually filing these claims:
- ☐ **Coordination of Benefits** – Please attach an Explanation of Benefits from the primary carrier along with the detailed receipt.
- ☐ **Emergency** – If Emergency, describe Emergency below, or on a separate sheet.
- ☑ _SEE ATTACHED LETTER – SAME ISSUE – 8-10-15 OCCURRENCE_
- ☐ **Compound Drug** – If you have a drug that contains more than 1 ingredient. Please provide the following information:
  - The VALID 11-digit NDC number for EACH ingredient used in the compound prescription.
  - The ingredient name for each NDC.
  - The "metric quantity" expressed in number of tablets, grams or milliliters for each ingredient NDC #.
  - The cost for EACH ingredient (dollar amount).
  - The TOTAL compounded quantity.
  - The TOTAL dollar amount paid by the patient.

**Please Note:** Manual submission of claims does not guarantee reimbursement of claim.

## Pharmacy Information   *Please attach detailed prescription receipts or ask your pharmacist for a pharmacy statement. We cannot process your claim without this information.*

**Member**
- Please read carefully before completing this form. Claim forms without the required information cannot be processed. Incomplete forms will be returned to you.
- If you use more than one pharmacy, use a separate form for each pharmacy.
- Use a separate claim form for each patient.
- Claims must be submitted within two years of date of purchase.
- Complete all employee and patient information on the top portion of the form and be sure to sign it.
- Mail or FAX the Prescription Drug Claim Form to:
  Aetna Pharmacy Management
  PO Box 52444
  Phoenix, AZ 85072-2444
  FAX: 1-888-472-1128

**Submission Requirements**
You MUST include all original "pharmacy" receipts in order for your claim to process. "Cash register" receipts WILL NOT be accepted with the exception of Diabetic Supplies. The minimum information that must be included on your pharmacy receipts is listed below:
- Patient Name • Prescription Number • Medicine NDC number
- Date of Fill • Metric Quantity • Total Charge
- Days Supply for your prescription (you need to ask your pharmacist for this "Day Supply" information)
- Pharmacy Name and Address or Pharmacy NABP Number
If the Prescribing Physician's NPI (National Provider Identification) number is from a foreign country, please fill in below:
Country: _____
Currency: _____
Amount: _____

GC-1652 (3-14) A                                                    R-POD

EXHIBIT A
EXHIBIT A  page 1 of 1
PAGE 1

Patient Pay Amount:**740.5**
1 of 1 Items in Order

**Action Items:**
Photo ID Required
Provide Medguide

**Auto Refill:**
Not Asked
**Auto Notify:**
Email: Not Enrolled
Text: Not Enrolled
Voice: Not Enrolled

**Precautions:**
WARNING: BREASTFEEDING IS
NOT RECOMMENDED WHILE
USING THIS DRUG. CONSULT
YOUR DOCTOR OR PHARMACIST.

MAY CAUSE DIZZINESS

TAKE IN THE MORNING AS
DIRECTED

THIS DRUG MAY IMPAIR THE
ABILITY TO OPERATE A VEHICLE,
VESSEL (E.G., BOAT), OR
MACHINERY. USE CARE UNTIL
YOU BECOME FAMILIAR WITH ITS
EFFECTS.

POS #

DUPLICATE RECEIPT

FRED MEYER PHARMACY 7010071
2000 W DIMOND BLVD
ANCHORAGE, AK 99515
PH:(907)287-6733  NCPDP:0201501
DATE:08/27/2015

**MATTHEW VIERGUTZ**
VYVANSE 70 MG CAPSULE

NDC: 59417-0107-10          QTY: 60
RX# 2326590      TX:0000778453
PRESCRIBER:  R KIEHL

PRICE: $740.59.          NEW

DATE: 08/27/2015
NCPDP: 0201501
11/10/92          NEW

13410 WINDRUSH CIRCLE
ANCHORAGE, AK 99516
PHONE: (907) 250-3488
PRESCRIBER:
R KIEHL
NPI: 1144292533

RPH: KE
D.E. : MB

FRED MEYER PHARMACY 7010071
2000 W DIMOND BLVD  ANCHORAGE, AK 99515
PHONE: (907) 287-6733          STORE: 7010071
**MATTHEW VIERGUTZ**

RX# 2326590          TX: 0000778453
VYVANSE 70 MG CAPSULE          DAW: 0

NDC: 59417-0107-10   QTY: 60  DAYS: 30
CASH

NO REFILLS REMAINING

PRICE: $740.59

EXHIBIT A
Page 36 of 41

2

# FredMeyer

THANK YOU FOR CHOOSING FREDDY'S!

2000 West Diamond Blvd.
907-267-6700
YOUR CASHIER WAS PHARMACY

```
RX  70000098000 NP PHARMACY    740.59 Q
             TAX                    0.00
      **** BALANCE               740.59
AK 99515-1400
VISA Purchase    ***********6988
REF#: 000000     TOTAL: 740.59

         VISA                   740.59
         CHANGE                    0.00

TOTAL NUMBER OF ITEMS SOLD =       1
08/28/15 03:23PM 71 66 27 999777
```

*********************************************
   Tell Us How We Are Doing!
   Earn 50 BONUS FUEL POINTS!

Plus, enter our monthly Sweepstakes:
 for ONE OF 100 - $100 gift cards and
 ONE $5,000 gift card grand prize!

   Go to www.krogerfeedback.com
          within 7 days.
   Enter the information below:

Date: 08/28/15
Time: 03:23PM
Entry ID: 701-695-27-71-66-93

Limit one 50 fuel pt bonus per 7 days.
   No purchase necessary to enter
 sweepstakes. See website for official
         sweepstakes rules.

*********************************************
   SAVE THIS RECEIPT FOR REFUNDS
          OR ADJUSTMENTS
```
9102007170106600271508281523
```
THANK YOU FOR CHOOSING FREDDY'S!

EXHIBIT A
Page 38 of 41

# aetna®

## Commercial Prescription Drug Claim Form

Aetna Pharmacy Management
PO Box 52444
Phoenix, AZ 85072-2444
FAX: 1-888-472-1128

| Aetna Member Number (claim cannot be processed without number) | Group Number |
|---|---|
| W 2 1 8 9 4 1 9 4 2 | 8 6 6 2 1 9 3 6 6 0 2 |

If you are enrolled in Medicare, check here ☐

**Employee Name (First, Middle, Last)**     Employee Birthdate (MM/DD/YYYY)
REBECCA LYNN BOSEK

**Employee Address (Street, City, State, ZIP Code)**
P. O. BOX 111062, ANCHORAGE, AK 99511

**Company Name & Address (Street, City, State, ZIP Code)**

**Employee Signature** Rebecca Bosek    **Telephone Number** (907) 250-7666    **Date** 9-30-15

### Prescription(s) were for:

**Last Name, First, Middle Initial** VIERGUTZ MATTHEW H    **Gender** ☒ Male ☐ Female    Employee ☐   Spouse ☐   Dependent ☒   **Patient Birthdate (MM/DD/YYYY)**

Are any family members expenses covered by another group health plan, group pre-payment plan (Blue Cross-Blue Shield, etc.), non auto insurance, Medicare, or any federal, state, or local government plan?

☒ No   ☐ Yes

If Yes, list policy or contract holder, policy or contract number(s) and name/address of insurance company or administrator.

If Medicare, check all that apply.    ☐ Medicare Part A    ☐ Medicare Part B    ☐ Medicare Part D

**Member ID Number with Other Carrier**    **Member Name**    **Member Birthdate (MM/DD/YYYY)**

### Indicate reason for manually filing these claims:

☐ Coordination of Benefits – Please attach an Explanation of Benefits from the primary carrier along with the detailed receipt.
☐ Emergency – If Emergency, describe Emergency below, or on a separate sheet.
☒ SEE ATTACHED LETTER – SAME ISSUE – 8-10-15 OCCURRENCE
☐ Compound Drug – If you have a drug that contains more than 1 ingredient. Please provide the following information:
- The VALID 11-digit NDC number for EACH ingredient used in the compound prescription.
- The ingredient name for each NDC.
- The "metric quantity" expressed in number of tablets, grams or milliliters for each ingredient NDC #.
- The cost for EACH ingredient (dollar amount).
- The TOTAL compounded quantity.
- The TOTAL dollar amount paid by the patient.

**Please Note: Manual submission of claims does not guarantee reimbursement of claim.**

**Pharmacy Information**    *Please attach detailed prescription receipts or ask your pharmacist for a pharmacy statement. We cannot process your claim without this information.*

**Member**
- Please read carefully before completing this form. Claim forms without the required information cannot be processed. Incomplete forms will be returned to you.
- If you use more than one pharmacy, use a separate form for each pharmacy.
- Use a separate claim form for each patient.
- Claims must be submitted within two years of date of purchase.
- Complete all employee and patient information on the top portion of the form and be sure to sign it.
- Mail or FAX the Prescription Drug Claim Form to:
  Aetna Pharmacy Management
  PO Box 52444
  Phoenix, AZ 85072-2444
  FAX: 1-888-472-1128

**Submission Requirements**
You MUST include all original "pharmacy" receipts in order for your claim to process. "Cash register" receipts WILL NOT be accepted with the exception of Diabetic Supplies. The minimum information that must be included on your pharmacy receipts is listed below:
- Patient Name • Prescription Number • Medicine NDC number
- Date of Fill • Metric Quantity • Total Charge
- Days Supply for your prescription (you need to ask your pharmacist for this "Day Supply" information)
- Pharmacy Name and Address or Pharmacy NABP Number

If the Prescribing Physician's NPI (National Provider Identification) number is from a foreign country, please fill in below:
Country: _____
Currency: _____
Amount: _____

EXHIBIT A

GC-1652 (3-14) A          EXHIBIT A   PAGE 1    R-POD

with heart defects or other serious heart problems. If you have a
heart defect or other serious problem, talk with your doctor about

KEEP OUT OF REACH OF CHILDREN. ST

**MATTHEW VIERGUTZ**
412 1/2 S Beaver St, Flagstaff, AZ 860015607
(907)830-4441
**RX # 1891516-05221**          DATE: 09/28/15

**VYVANSE 70MG CAPSULES**
QTY:60         NO REFILLS
New            NDC:59417-0107-10                        $ 571.99

H. FIGUEROA, MD
MFG:SHIRE
LSM/LSM/LSM/LSM

1025 S MILTON RD FLAGSTAFF, AZ
PH: (928)779




**81**
**VI**

*1891516 0501 1 0057199 8*

**WAITING**
MON 7:34PM
**$571.99**



09/28/15
New
**MED GUIDE**

## MATTHEW VIERGUTZ
412 1/2 S Beaver St
Flagstaff, AZ 860015607
(907)830-4441

- AETNA: Plan Limits Exceeded - check qty, days supply
- Join Prescription Savings Club today and save $68.01!
  Ask if you qualify.

*(handwritten)* L> ins only allows
1 per Day