Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-264-3317
              907-264-3303
Facsimile:  907-276-2631
Email:      PartnowP@lanepowell.com
            BaylousM@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| REBECCA L. BOSEK and MATTHEW H. VIERGUTZ,<br><br>                             Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                             Defendant. | Case No. 3:15-cv-00229-JWS<br><br>**STIPULATION TO**<br>**DISMISS WITH PREJUDICE** |

Pursuant to Federal Civil Rule 41(a)(1)(A)(ii), the parties, by and through their respective counsel, stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.  In accordance with Rule 41(a)(1)(A)(ii), such dismissal shall be effective upon filing of this stipulation and without further order of court.

                                    LAW OFFICE OF HERBERT A. VIERGUTZ, P.C.
                                    Attorneys for Plaintiffs

Dated:  February 5, 2016            By  s/  Herbert A. Viergutz (w/consent)
                                        Herbert A. Viergutz, ABA No. 8506088

                                    LANE POWELL LLC
                                    Attorneys for Defendant

Dated:  February 5, 2016            By  s/  Michael B. Baylous
                                        Michael B. Baylous, ABA No. 0905022

I certify that on February 5, 2016, a copy of
the foregoing was served electronically on:
Herbert A. Viergutz, barmar@gci.net, mvs@bmatlaw.com
s/  Michael B. Baylous

005583.0205/6518121.1